**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**Civil Action No. 3:20-cv-118-BJB-CHL**
(*Electronically Filed*)

STEVEN J. DORN                                        PLAINTIFF

v.

NEIL S. DOMINIQUE                              DEFENDANT

*****************

## NOTICE OF INTENT TO SERVE SUBPOENA

Defendant Neil S. Dominique, by and through counsel, hereby gives notice that he intends to serve a subpoena upon Ryan Cox, a true and accurate copy of which is attached hereto. Pursuant to such subpoena and Rule 30 of the Federal Rules of Civil Procedure, Defendant will take the deposition of Mr. Cox upon oral examination on Tuesday, January 7, 2025 beginning at 9:00 a.m. EST. The deposition will take place at the offices of Dinsmore & Shohl LLP, 101 S. 5th Street, Suite 2500, Louisville, KY 40202. The deposition will take place before a notary public or other officer authorized to administer oaths and record testimony pursuant to Rule 28 and 30 of the Federal Rules of Civil Procedure and will be recorded by videographer. The deposition will continue from day to day until complete.

Respectfully submitted,

/s/ Juels M. White
Grahmn N. Morgan
Kristeena L. Johnson
James M. McClure
Juels M. White
DINSMORE & SHOHL LLP
100 W. Main St., Suite 900
Lexington, KY 40507
(859) 425-1000
grahmn.morgan@dinsmore.com
kristeena.johnson@dinsmore.com
mac.mcclure@dinsmore.com
juels.white@dinsmore.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    This is to certify that I electronically served and filed the foregoing with the Clerk of the Court using the CM/ECF system on this 3rd day of December, 2024, which will give notice to all parties of record.

/s/ Juels M. White
*Counsel for Defendant*