**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
*Electronically Filed*

**Civil Action No. 3:20-cv-118-BJB-CHL**

| | |
|---|---|
| STEVEN J. DORN | PLAINTIFF |
| v. | |
| NEIL S. DOMINIQUE | DEFENDANT |

*****************

## NOTICE OF AFFIDAVITS OF SERVICE

Plaintiff, Stephen Dorn ("Plaintiff"), by his undersigned counsel, and pursuant to Fed. R. Civ. Pro. 45(b)(4), hereby gives notice of filing Affidavits of Service for Subpoena Duces Tecum served upon Sony Music Holdings, Inc., RCA Records, Inc. and Anschutz Entertainment Group, Inc., attached hereto as Exhibit A.

Dated: January 15, 2025

Respectfully submitted,

*/s/Brian P. McGraw*
_____
Brian P. McGraw
Matthew P. Dearmond
**GRAY ICE HIGDON, PLLC**
3939 Shelbyville Road, Suite 201
Louisville, KY 40207
(502) 677-4729
bmcgraw@grayice.com
mdearmond@grayice.com
*Counsel for Plaintiff Steven J. Dorn*

## CERTIFICATE OF SERVICE

      The undersigned certified that the foregoing was electronically filed through the Court's CM/ECT system on this 15th day of January, 2025, which ECF system will provide a copy of same to all persons registered to receive service in this case, including but not limited to the following:

Grahmn N. Morgan
Kristeena L. Johnson
James M. McClure
DINSMORE & SHOHL LLP
Grahmn.morgan@dinsmore.com
Kristeena.johnson@dinsmore.com
Mac.mcclure@dinsmore.com

*Counsel for Defendant*

                                                         */s/Brian P. McGraw*
                                                         ***Counsel for Plaintiff***