**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:20-CV-00118-BJB-CHL**

**STEVEN J. DORN,**                                                                            **Plaintiff,**

**v.**

**NEIL S. DOMINIQUE,**                                                    **Defendant.**

**ORDER**

Before the Court is the Motion for Sanctions filed by Plaintiff Steven J. Dorn ("Plaintiff"). Plaintiff asserts in his motion that "not a single text message has been produced by Defendant in this case." (DN 47-1, at PageID # 526.) However, Defendant asserts that "Dominique collected communications produced in other litigations involving Tiller and Dorn and produced them at DOMINIQUE_LITIGATION_023199-023202." (DN 57, at PageID # 1181.) Nevertheless, Plaintiff still asserts that "no texts have ever been produced." (DN 66, at PageID # 2303.) The Court thus finds that there is a factual dispute as to whether Defendant has actually produced text messages. Defendant has not attached the communications labeled as DOMINIQUE_LITIGATION_023199-023202 as an exhibit to his response. (DN 57.) The Court is thus unable to assess the sufficiency of Defendant's document production for purposes of Plaintiff's Motion. (DN 47.) Accordingly, the Court will instruct Defendant to supplement his response brief (DN 57) with the communications labeled as DOMINIQUE_LITIGATION_023199-023202 as an exhibit.

Accordingly,

IT IS HEREBY ORDERED that on or before **April 23, 2025**, Defendant shall file the documents labeled as DOMINIQUE_LITIGATION_023199-023202 with the Court.

April 24, 2025

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record