**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
***Electronically Filed***

| | | |
|---|---|---|
| **STEVEN J. DORN** | ) | |
| | ) | **Civil Action No. 3:20-cv-118-BJB** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NEIL S. DOMINIQUE** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION BY GRAHMN N. MORGAN**
**TO WITHDRAW AS COUNSEL FOR DEFENDANT**

In accordance with LR 83.6(a) and Kentucky SCR 3.130(1.16(a)(3)), the undersigned, Grahmn N. Morgan, respectfully requests that he, along with Kristeena L. Johnson, James M. McClure, Juels White, and the law firm of Dinsmore & Shohl LLP ("Dinsmore"), be permitted to withdraw as counsel for Defendant Neil S. Dominique ("Dominique") in the above-styled matter. In compliance with LR 83.6, Ms. Johnson, Mr. McClure, and Ms. White are also filing, contemporaneously herewith, their own motions to withdraw, certifying that the motions have been served on the client, Dominique, incorporating the showing of good cause set forth herein, and providing the current email address, mailing address, and telephone number of Dominique. In support of this Motion, the undersigned states as follows:

1. As reflected in various status reports filed in this matter, since approximately May 2026 the Parties, Defendant Dominique and Plaintiff Dorn, have been engaged in settlement discussions without the assistance of counsel. (E.g. DE 150, 152, 157).

2. Those discussions have resulted in the exchange of a draft settlement agreement between the Parties and, as set forth in the Joint Status Report filed on August 14, 2026, counsel for Dorn was advised by his client that the Parties have been working to finalize the terms of that document. (DE 157).

3. On August 18, 2026, the undersigned counsel was notified by Mr. Dominique that he desired to terminate the representation of counsel and Dinsmore, indicating that he would represent himself on all remaining matters.

4. Ky. SCR Rule 3.130(1.16(a)(3)) provides that "a lawyer shall not represent a client or, where representation has commenced, ***shall withdraw*** from the representation of a client if: . . . (3) the lawyer is discharged." (emphasis added). As set forth herein, as of August 18, 2026, the undersigned counsel and Dinsmore have been discharged by Mr. Dominique.

5. Pursuant to LR 83.6(a), the undersigned submits that a showing of good cause has been made for the filing of this Motion given Mr. Dominique's discharge of the undersigned and Dinsmore.

6. The undersigned further certifies that prior to the filing of this Motion, it was served on Dominique via email and has also been sent to Dominique via certified mail.

7. Dominique's email address, mailing address, and telephone number are as follows:

neildominique@me.com

17328 Ventura Blvd., Apt. 505, Encino, CA 91316

973-901-0786

WHEREFORE, for the above stated reasons, the undersigned respectfully requests that his Motion be granted and that he, Ms. Johnson, Mr. McClure, and Ms. White, along with the law firm of Dinsmore & Shohl LLP, be permitted to withdraw as counsel of record for this matter.

Respectfully submitted,

*/s/ Grahmn N. Morgan*

Grahmn N. Morgan (KBA #89219)
Kristeena L. Johnson (KBA #94994)
James M. McClure (KBA #99580)
Juels M. White
Dinsmore & Shohl LLP
City Center
100 W. Main St., Ste. 900
Lexington, KY 40507
Telephone: (859) 425-1000
Fax: (859) 425-1099
grahmn.morgan@dinsmore.com
kristeena.johnson@dinsmore.com
mac.mcclure@dinsmore.com
juels.white@dinsmore.com

**CERTIFICATE OF SERVICE**

This is to certify that on August 20, 2026, I electronically filed the foregoing through the Court's CM/ECF system, which will send a copy of the same to all counsel of record, and also served a copy of this Motion on Neil Dominique, as set forth above.

/s/ *Grahmn N. Morgan*